### 5694. PENNINGTON *v.* CITY OF SPARTA.

RUSSELL, C. J.   1. A motion to dismiss a writ of error, upon the ground
that the bill of exceptions was not signed and certified within the time
prescribed by law, must be denied when the bill of exceptions contains
a recital that it was presented within the time required by law, unless
it affirmatively appears that the failure of the presiding judge to sign
and certify the bill of exceptions was caused by some act of the plaintiff
in error or his counsel.   Civil Code, § 6187; *Nation* v. *Jones,* 3 *Ga. App.*
84 .(59 S. E. 330) ; *Bennett* v. *Rolf,* 4 *Ga. App.* 484 (61 S. E. 887) ;
*Harnage* v. *State,* 7 *Ga. App.* 573 (67 S. E. 694) ; *Jones* v. *State,* 100 *Ga.*
579-583 (28 S. E. 396) ; *Dykes* v. *Brock,* 128 *Ga.* 395-396 (57 S. E. 100) ;
*Nicholson* v. *Dillard,* 137 *Ga.* 225-228 (73 S. E. 382).

2. A municipal ordinance, among other special license taxes, imposed "upon
every life or accident insurance company" a tax of $10.   Proof that an
agent of some company not disclosed in the record failed to pay the tax
prescribed by the foregoing provision or requirement of the ordinance
did not authorize his conviction under an ordinance penalizing the
failure or refusal to pay the municipal license tax, when it was un-
disputed that the defendant was not an insurance company.   Municipal
ordinances, being quasi criminal in their nature, are to be liberally con-
strued in favor of those accused thereunder, and an agent can not be
convicted, even as an accessory, for the failure of his principal to pay
a municipal tax levied only on the company.

3. Proof of the refusal of an insurance company to pay a municipal license
tax assessed against it will not authorize the conviction of one of its
agents for his failure to pay the license tax for the company.   The
judge of the superior court therefore erred in overruling the certiorari.

*Judgment reversed.   Roan, J., absent.*

DECIDED SEPTEMBER 23, 1914.

Certiorari; from Hancock superior court—Judge Park.   March
26, 1914.

*J. W. Lewis, T. M. Hunt,* for plaintiff in error.

*Burwell & Fleming,* contra.